IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

  v.                                NO. CIV. S-06-2451 GGH

SHAHNAZ L. FORMOLI, et al.,

      Defendants.         <u>ORDER</u>

_____/

      The case is before the undersigned pursuant to 28 U.S.C. § 636(c) (consent to proceed before a magistrate judge). The parties have requested referral to the court's Voluntary Dispute Resolution Program.

      Accordingly, IT IS ORDERED that:

      1. This case is referred to the Voluntary Dispute Resolution Program; and

      2. The parties are directed to inform the court in 90 days whether the program successfully resolved the case. The court will not further schedule this case unless the parties advise that the Voluntary Dispute Resolution Program was not successful.

DATED: 2/7/07                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH/076:Johnson2451.vdrp.wpd

1